[No. 60995-5-I.   Division One.   May 18, 2009.]

R. Sidney Shaw, *as Personal Representative*, et al.,
*Appellants*, v. Short & Cressman
et al., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 06-2-27262-5, Glenna Hall, J., entered November 9, 2007. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Lau, J., concurred in
by Cox and Leach, JJ.

[No. 61064-3-I.   Division One.   May 18, 2009.]

The State of Washington, *Appellant*, v. Timothy Ralph
Slattery, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 07-1-01289-0, Christopher A. Washington, J.,
entered November 21, 2007. *Affirmed in part* and *remanded*
by unpublished opinion per Dwyer, A.C.J., concurred in by
Appelwick and Leach, JJ.

[No. 61115-1-I.   Division One.   May 18, 2009.]

The State of Washington, *Respondent*, v. Abdulkaliq S.
Al-Derawi, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 07-1-06698-1, Nicole MacInnes, J., entered
December 27, 2007. *Affirmed in part* and *remanded* by
unpublished opinion per Agid, J., concurred in by Ellington
and Leach, JJ.

[No. 61290-5-I.   Division One.   May 18, 2009.]

The State of Washington, *Respondent*, v. Derrick Hills,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 05-1-12160-9, Joan E. DuBuque, J., entered
January 28, 2008. *Affirmed* by unpublished opinion per
Appelwick, J., concurred in by Schindler, C.J., and Leach, J.